UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Annette Harrison,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Great Healthworks, Inc.,<br><br>　　　　　　　　　　Defendant. | Case No.: 17-cv-00705-JM-JLB<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY AMENDED SCHEDULING ORDER**<br><br>[ECF Nos. 16, 36, 48, 52] |

Having read and considered the Joint Motion to Modify Amended Scheduling Order and finding good cause therefor, the Court GRANTS the Joint Motion (ECF No. 52).

IT IS HEREBY ORDERED that the Scheduling Order, entered on August 3, 2017 (ECF No. 16) and the Amended Scheduling Order Granting in Part and Denying in Part Ex Parte Application, entered on February 28, 2018 (ECF No. 48) are amended as follows:

1. For purposes of class certification, by March 23, 2018, GHW will produce all available call recordings, including all recordings reflecting all inbound, outbound and/or transferred calls for 20 individuals (from the 100-person Sample) as identified by Plaintiffs' counsel in an email of March 7, 2018;

2. The deadline for initial expert reports regarding class certification (which was verbally re-set by the Court on a March 7, 2018 telephone call to March 16, 2018) is extended by 21 days to **April 6, 2018**, and the deadline for rebuttal expert reports (currently April 6, 2018) is extended by 28 days to **May 4, 2018**;

3. The deadline for the filing of Plaintiffs' motion for class certification (currently April 6, 2018) is extended by 21 days to **April 27, 2018**. Counsel for the moving

party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in the motion not being heard. Further, the parties are directed to place a joint call to Judge Burkhardt's chambers within **3 days** of the docketing of an order ruling on class certification in this case to notify the Court of the need for a scheduling order for the remainder of the case;

4. GHW will produce for the entire 100-person Sample all contact information for the former employees/contractors involved with any of the calls in the Sample by March 9, 2018. However, the contact information for the former employees/contractors involved with the calls selected for production by March 23, 2018 will be produced by March 23, 2018;

5. GHW will produce for the entire 100-person Sample complete screen shots of the pages identified by Plaintiffs as of March 7, 2018 by no later than March 23, 2018; and

6. This scheduling order does not otherwise alter the Court's prior scheduling orders (*see* ECF Nos. 16, 36, 48).

**IT IS SO ORDERED.**

Dated: March 9, 2018

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge