JAMES T. HANNINK (131747)
jhannink@sdlaw.com
ZACH P. DOSTART (255071)
zdostart@sdlaw.com
DOSTART HANNINK & COVENEY LLP
4180 La Jolla Village Drive, Suite 530
La Jolla, California 92037-1474
Tel:  858-623-4200
Fax: 858-623-4299

Attorneys for Plaintiffs

SHANNON Z. PETERSEN (211426)
spetersen@sheppardmullin.com
MARK G. RACKERS (254242)
mrackers@sheppardmullin.com
LISA S. YUN (280812)
lyun@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER
  & HAMPTON LLP
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Tel:  619-338-6500
Fax: 619-234-3815

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE HARRISON and EUNICE VAZQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT HEALTHWORKS, INC., a Nevada corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:17-cv-000705-JM-JLB<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>Judge:  Hon. Jeffrey T. Miller<br>Ctrm:   5D (5th Floor - Schwartz) |

JOINT MOTION FOR DISMISSAL                                    3:17-cv-000705-JM-JLB

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs Annette Harrison and Eunice Vazquez ("Plaintiffs") and defendant Great HealthWorks, Inc. ("Defendant") (collectively, the "Parties") hereby stipulate to dismissal of this action without prejudice, each side to bear its own costs.  In accordance with CivLR 7.2, the Parties submit their stipulation in the form of this joint motion.

Based on discovery that has been undertaken in this action, as well as recent changes in the legal landscape for TCPA claims (including invalidation of certain FCC rulings by *ACA Int'l v. FCC*, 2018 U.S. App. LEXIS 6535 (D.C. Cir. Mar. 16, 2018)), the Parties agree this action should be dismissed without prejudice.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are not applicable to this action because there is no certified class.  As of the filing of this joint motion, the Court has not entered an order certifying any class, there has been no dissemination of any class notice, and no motion for class certification has been filed.  Counsel are unaware of any putative class member who has relied on the filing of this action.  Dismissal without prejudice ensures there is no prejudice to any putative class member.

A proposed order is being lodged with the Court.

Dated: March 29, 2018                    DOSTART HANNINK & COVENEY LLP


                                         /s/ Zach P. Dostart
                                         ZACH P. DOSTART
                                         Attorneys for Plaintiffs
                                         E-mail: zdostart@sdlaw.com


Dated: March 29, 2018                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


                                         /s/ Shannon Z. Petersen
                                         SHANNON Z. PETERSEN
                                         Attorneys for Defendant
                                         E-mail: spetersen@sheppardmullin.com

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Shannon Z. Petersen, counsel for defendant, and I have obtained his authorization to affix his electronic signature to this document.

Dated: March 29, 2018                    DOSTART HANNINK & COVENEY LLP


                                         /s/ Zach P. Dostart
                                         ZACH P. DOSTART
                                         Attorneys for Plaintiffs
                                         E-mail: zdostart@sdlaw.com


842960.2

2

JOINT MOTION FOR DISMISSAL                                    3:17-cv-000705-JM-JLB